## NECKLES v. HARRIS TEETER

[369 N.C. 749 (2017)]

| | | |
|---|---|---|
| DAWSON F. NECKLES | ) | |
| | ) | |
| v. | ) | From Wake County |
| | ) | |
| HARRIS TEETER, ET AL. | ) | |

No. 23P17

## ORDER

Defendants' petition for discretionary review is allowed for the limited purpose of remanding to the Court of Appeals to reconsider its holding in light of *Wilkes v. City of Greenville*, ___ N.C. ___, ___ S.E.2d ___ (2017) (368PA15).

By Order of the Court in Conference, this 8th day of June, 2017.

s/Morgan, J.
For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 9th day of June, 2017.

J. BRYAN BOYD
Clerk of the Supreme Court

s/M.C. Hackney
Assistant Clerk